| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Howard Brophy |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number (if known) | 2:21-bk-49595 |

☐ Check if this is an amended filing

Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** Bank of America<br>Creditor's Name<br><br>4909 Savarese Cir<br>Tampa, FL 33634-2413<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br>21589 Bluffs Hwy, Onaway, MI 49765<br>Presque Isle County County<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,460.00 | $219,000.00 | $0.00 |

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 2004-12   **Last 4 digits of account number** 2010

| | | | | |
|---|---|---|---|---|
| **2.2** Bloomfield TWP Water<br>Creditor's Name<br><br>4200 Telegraph Rd<br>Bloomfield Hills, MI 48302<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br>3735 Burning Tree Dr, Bloomfield Hills, MI 48302<br>Oakland County<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,080.00 | $547,200.00 | $0.00 |

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 3
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy
21-49595-tjt    Doc 17    Filed 12/27/21    Entered 12/27/21 23:26:17    Page 1 of 3

| Debtor 1 | Howard Brophy | | Case number (if known) | 2:21-bk-49595 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

### 2.3 Mr. Cooper
**Creditor's Name**

350 Highland St
Houston, TX 77009-6623
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
21589 Bluffs Hwy, Onaway, MI 49765
Presque Isle County County

$104,251.00   $219,000.00   $0.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 2018-01    **Last 4 digits of account number** 4782

---

### 2.4 Sls/Equity
**Creditor's Name**

PO Box 630147
Littleton, CO 80163-0147
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
3735 Burning Tree Dr, Bloomfield Hills, MI 48302
Oakland County

$479,065.00   $547,200.00   $0.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 2019-05    **Last 4 digits of account number** 3526

---

Add the dollar value of your entries in Column A on this page. Write that number here:   $600,856.00

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:   $600,856.00

### Part 2:  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]   Name, Number, Street, City, State & Zip Code
Bank of America
Attn: Bankruptcy
4909 Savarese Cir
Tampa, FL 33634-2413

On which line in Part 1 did you enter the creditor?  2.1
Last 4 digits of account number ___

[ ]   Name, Number, Street, City, State & Zip Code
Randall S Miller & Assoc
43252 Woodward Ave # 180
Bloomfield Hills, MI 48302

On which line in Part 1 did you enter the creditor?  2.1
Last 4 digits of account number ___

[ ]   Name, Number, Street, City, State & Zip Code
Mr. Cooper
Attn: Bankruptcy
PO Box 619098
Dallas, TX 75261-9098

On which line in Part 1 did you enter the creditor?  2.3
Last 4 digits of account number ___

| Debtor 1 | Howard Brophy | | | Case number (if known) | 2:21-bk-49595 |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |

[ ]  Name, Number, Street, City, State & Zip Code  
Sls/Equity  
Attn: Bankruptcy  
8742 Lucent Blvd  
Highlands Ranch, CO 80129-2302

On which line in Part 1 did you enter the creditor?  2.4

Last 4 digits of account number ___